UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Bryce Suchan, Michael Gabrio, Joseph D. Thornblad, Joseph J. Pederson, Peter Nelson, and Matthew Reece,

    Plaintiffs,

v.

Commissioner of Human Services Lucinda Jesson, Attorney General's Office, Chad Portner, and Carol Olson,

    Defendants.
_____

Civil No. 13cv03119 PJS/JJK

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 19, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Michael Gabrio's application for leave to proceed <u>in forma pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/6/13

                                                  s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Judge